United States District Court
Southern District of Texas

**ENTERED**

May 04, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-02982 |
| PELOTONIA, LLC, | § § | **JURY DEMANDED** |
| Defendant. | § § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

This cause coming before the Court on the parties' Stipulation of Dismissal. IT IS HEREBY ORDERED:

1.  All pending claims asserted in this action by the parties are dismissed with prejudice;

2.  The parties shall bear their own attorneys' fees and costs of this action; and

3.  All relief not expressly granted herein is denied.

4.  This Order **CONCLUDES** the litigation in this case. The Clerk **SHALL CLOSE** the file.

Signed on this 4th day of _____May_____, 2017.

Hon. Vanessa D. Gilmore
United States District Judge